**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Country Club, Inc.** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **58-2073713** |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2555 Chantilly Drive** **Atlanta, GA 30324** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Country Club, Inc.**_____    Case number (*if known*) _____
            Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ■ Chapter 11. *Check all that apply*: |

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. | |
| | ☐ Yes. | |
| If more than 2 cases, attach a separate list. | | |

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No | |
| | ■ Yes. | |
| List all cases. If more than 1, attach a separate list | | |

| | | | | |
|---|---|---|---|---|
| | Debtor | **Trop, Inc.** | Relationship | **Affiliate** |
| | District | **Northern District of Georgia** | When **9/19/18** | Case number, if known **18-65726** |

Debtor    **Country Club, Inc.**                                              Case number (*if known*) _____
          Name

---

**11.** **Why is the case filed in** *this district?*    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

            Contact name    _____

            Phone    _____

---

███    **Statistical and administrative information**

---

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 3

Debtor   **Country Club, Inc.**                                              Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  5, 2018**
MM / DD / YYYY

X **/s/ Teri G. Galardi**                                    **Teri G. Galardi**
Signature of authorized representative of debtor            Printed name

Title   **CEO**

**18. Signature of attorney**

X **/s/ Louis G. McBryan**                          Date **October  5, 2018**
Signature of attorney for debtor                          MM / DD / YYYY

**Louis G. McBryan 480993**
Printed name

**McBRYAN, LLC**
Firm name

**6849 Peachtree Dunwoody Road
Builing B-3, Suite 100
Atlanta, GA 30328**
Number, Street, City, State & ZIP Code

Contact phone   **678-733-9322**       Email address   **lmcbryan@mcbryanlaw.com**

**480993 GA**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Country Club, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **April Lemon c/o Carlson Lynch Sweet 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222** | | | **Disputed** | | | **$5,896.00** |
| **Brianna Mathis 1710 Caswell Parkway Marietta, GA 30060** | | | **Disputed** | | | **$662.38** |
| **Brianna Wiggins 5430 Oakley Commons Union City, GA 30291** | | | **Disputed** | | | **$16,058.16** |
| **Carlson Lynch Sweet Kilpela 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222** | | | **Disputed** | | | **$51,165.00** |
| **Chapman & Dudley Law Firm 4200 Northside Pkwy Atlanta, GA 30327** | | | **Disputed** | | | **$79,399.58** |
| **Delisha Watkins 415 Armour Drive NE #10401 Atlanta, GA 30324** | | | **Disputed** | | | **$8,550.88** |
| **Fulton County Tax Commissioner 141 Pryor Street, SW Atlanta, GA 30303** | | | **Disputed** | | | **$22,453.71** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor    **Country Club, Inc.** _____    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Janay Lundie 6023 West Fayetteville Road Atlanta, GA 30349** | | | **Disputed** | | | **$10,467.98** |
| **Janna Anderson 1370 Martinique Court SW Atlanta, GA 30301** | | | **Disputed** | | | **$4,187.33** |
| **Kanisha Cotton 185 Riverstone Commons Circle Canton, GA 30114** | | | **Disputed** | | | **$10,814.71** |
| **Latisha Blake 3639 Salem Hills Drive Lithonia, GA 30038** | | | **Disputed** | | | **$18,873.81** |
| **Latoya Becton 5338 Shirewick Lane Lithonia, GA 30058** | | | **Disputed** | | | **$19,271.90** |
| **Lauren Houston c/o Carlson Lynch Sweet 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222** | | | **Disputed** | | | **$12,134.00** |
| **Mikki Williams 2330 Maple Shade Lane Loganville, GA 30052** | | | **Disputed** | | | **$3,122.31** |
| **Rodrina Brooks 2565 Ravencliff Road Atlanta, GA 30354** | | | **Disputed** | | | **$3,268.16** |
| **Sashe Omogiate PO Box 551023 Atlanta, GA 30355** | | | **Disputed** | | | **$1,465.05** |
| **Shana McAllister c/o Carlson Lynch Sweet 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222** | | | **Disputed** | | | **$12,134.00** |
| **Shelldon Hailey 27309 Plantation Drive NE Atlanta, GA 30324** | | | **Disputed** | | | **$3,223.85** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Country Club, Inc.**
　　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tenisha Booker**<br>**210 Stratton Place**<br>**Way SW**<br>**Atlanta, GA 30331** | | | **Disputed** | | | **$6,308.14** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

.

April Lemon
c/o Carlson Lynch Sweet
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222


Brianna Mathis
1710 Caswell Parkway
Marietta, GA 30060


Brianna Wiggins
5430 Oakley Commons
Union City, GA 30291


Carlson Lynch Sweet Kilpela
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222


Chapman & Dudley Law Firm
4200 Northside Pkwy
Atlanta, GA 30327


Delisha Watkins
415 Armour Drive NE
#10401
Atlanta, GA 30324


Fulton County Tax Commissioner
141 Pryor Street, SW
Atlanta, GA 30303


Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334


Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Suite 9100
Atlanta, GA 30345

```
Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
401 W. Peachtree Street NW
Stop 334-D
Atlanta, GA 30308


Janay Lundie
6023 West Fayetteville Road
Atlanta, GA 30349


Janna Anderson
1370 Martinique Court SW
Atlanta, GA 30301


Kanisha Cotton
185 Riverstone Commons Circle
Canton, GA 30114


Latisha Blake
3639 Salem Hills Drive
Lithonia, GA 30038


Latoya Becton
5338 Shirewick Lane
Lithonia, GA 30058


Lauren Houston
c/o Carlson Lynch Sweet
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222


Mikki Williams
2330 Maple Shade Lane
Loganville, GA 30052
```

```
Office of the US Trustee
75 Ted Turner Drive SW
Room 362
Atlanta, GA 30303



Rodrina Brooks
2565 Ravencliff Road
Atlanta, GA 30354



Sashe Omogiate
PO Box 551023
Atlanta, GA 30355



Shana McAllister
c/o Carlson Lynch Sweet
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222



Shelldon Hailey
27309 Plantation Drive NE
Atlanta, GA 30324



Tenisha Booker
210 Stratton Place Way SW
Atlanta, GA 30331



Trinidad Creations
2121 Highland Ave
Las Vegas, NV 89101



U.S. Attorney General
U.S. Department of Justice
950 Pennsylvanie Avenue, NW
Washington, DC 20530-0001



U.S. Attorney's Office
Attn: John A. Horn
75 Ted Turner Drive, SW, #600
Atlanta, GA 30303
```

```
US Department of Treasury
1500 Pennsylvanie Avenue, NW
Washington, DC 20220
```

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Country Club, Inc.** _____     Case No. _____

_____ Debtor(s)          Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Country Club, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  5, 2018** _____

Date

**/s/ Louis G. McBryan** _____

**Louis G. McBryan 480993**

Signature of Attorney or Litigant

Counsel for    **Country Club, Inc.** _____

**McBRYAN, LLC**

**6849 Peachtree Dunwoody Road**
**Builing B-3, Suite 100**
**Atlanta, GA 30328**
**678-733-9322 Fax:678-498-2709**
**lmcbryan@mcbryanlaw.com**