**IT IS ORDERED as set forth below:**

**Date: October 5, 2018**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **COUNTRY CLUB, INC.** | ) | **CASE NO. 18-66879** |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |

### ORDER GRANTING MOTION FOR ORDER SHORTENING NOTICE
### AND EXPEDITING HEARING ON DEBTOR'S MOTION FOR AN ORDER
### AUTHORIZING THE DEBTOR TO (A) MAINTAIN EXISTING BANK ACCOUNTS
### AND CASH MANAGEMENT SYSTEM AND (B) CONTINUE USE OF EXISTING
### BUSINESS FORMS

**NOTICE IS HEREBY GIVEN** that on October 5, 2018 (the "**Petition Date**"), Country

Club, Inc., Debtor and Debtor-in-Possession (the "**Debtor**"), filed a voluntary petition for relief

under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with the

United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the

"**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that, together with its petition, the Debtor also

filed a Motion for Order Shortening Notice and Expediting Hearing on Debtor's Emergency

Motion for An Order Authorizing the Debtor to (A) Maintain Existing Bank Accounts and Cash Management System and (B) Continue Use of Existing Business Forms ("**Motion for Expedited Hearing**") (collectively "**First Day Motions**") in which the Debtor has requested that the Court hear and consider the Motion on an expedited basis.  For cause shown, the Court hereby grants the Motion for Expedited Hearing as set forth below.

**IT IS ORDERED AND NOTICE IS FURTHER GIVEN**, that a hearing will be held before the Court on **October 11, 2018, at 9:30 A.M.**, in **Courtroom 1203**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 to consider the First Day Motions.

**IT IS FURTHER ORDERED** that copies of the First Day Motions shall be made available as follows: (i) upon written request to the Debtor's proposed counsel of record listed below; and/or (ii) in the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users). No further notice shall be required.

**IT IS FURTHER ORDERED** that counsel for the Debtor shall serve a copy of this Order and Notice of Hearing, and the First Day Motions by hand delivery, facsimile, electronic mail, overnight courier (where a street address is available) or by next-day United States mail upon the Office of the United States Trustee, any other party asserting a security interest in assets of the Debtors, and the Debtor's twenty (20) largest unsecured creditors and file a certificate of such service.

**[END OF DOCUMENT]**

Prepared and Presented by:
**McBRYAN, LLC**
/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com