IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TROP, INC | ) | CASE NO. 18-65726-jwc |
| | ) | |
| Debtor. | ) | |
| | ) | CHAPTER 11 |
| In re: | ) | |
| | ) | |
| COUNTRY CLUB, INC. | ) | CASE NO. 18-66879-jwc |
| | ) | |
| Debtor. | ) | |
| | ) | CHAPTER 11 |
| In re: | ) | |
| | ) | |
| FLY LOW, INC | ) | CASE NO. 18-66925-jwc |
| | ) | |
| Debtor. | ) | |

**DEBTORS' MOTION FOR ORDER DIRECTING
JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"),[1] by and through their undersigned attorneys, hereby file this motion (the "**Motion**") for entry of an order directing joint administration of their chapter 11 cases for procedural purposes only. In support thereof, the Debtors respectfully represent as follows:

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Trop, Inc. (1424) Country Club, Inc. (3713) and Fly Low, Inc (3309).

## INTRODUCTION

1. On September 19, 2018, Trop, Inc. ("Trop") filed a voluntary case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On October 5, 2018, Country Club, Inc ("Country Club-GA"). a Georgia corporation and Fly Low, Inc, ("Fly Low") a Florida corporation, filed their voluntary cases under Chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No Chapter 11 trustee or examiner has been appointed in any of the Debtors' cases.

2. Trop, Inc. operates an adult entertainment establishment in the City of Brookhaven, Georgia, known as The Pink Pony. Country Club, Inc. operates an adult entertainment establishment in the City of Atlanta, Georgia known as the Goldrush Show Bar. Fly Low, Inc. formerly operated a business known as King of Diamonds in the Miami, Florida area. Fly Low currently holds licenses, trademarks and other assets related to that business.

## JURISDICTION

3. This Court has jurisdiction over this case and this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The predicate for the relief requested herein is Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## RELIEF REQUESTED

5. Pursuant to Bankruptcy Rule 1015(b), the Debtors hereby seek the joint administration of their chapter 11 cases under the chapter 11 case of Trop, Inc. ("Trop") such that a single docket is utilized for matters relating to the administration of the estates. This is not a request for substantive consolidation and the Debtors request that separate files be maintained for proofs of

claim.

6. The Debtors propose that the caption of their jointly-administered chapter 11 cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| TROP, INC., et al., | ) | **Jointly Administered Under** |
| | ) | **CASE NO. 18-65726-jwc** |
| **Debtors.** | ) | |
| | ) | |

7. The Debtors further propose that a docket entry be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing joint administration of this case with the chapter 11 bankruptcy case of Trop, Inc., Case No. 18-65726-jwc. The docket in the chapter 11 case of Trop, Inc., should be consulted for all matters affecting this case. All further pleadings or other papers shall be filed in the case of Trop, Inc., Case No. 18-65726-jwc.

8. The Debtors further propose that the Court waive the requirements set forth at § 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that notices required to be sent by the Debtors contain the name, address and last four digits of the taxpayer identification number of each Debtor.

9. The Debtors further propose that the Court: (a) authorize the Debtors to utilize a combined service list for the jointly administered cases; and (b) authorize combined notices be sent to creditors of the Debtors' estates and other parties-in-interest, as applicable.

10. The Debtors will also file the monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Chapter 11 Trustees (the

"Guidelines") promulgated by the Office of the United States Trustee for Region 21 (the "U.S. Trustee") in each case.

11. The Debtors are not aware of any administrative or scheduling orders entered in any of the cases which would require modification.

## BASIS FOR RELIEF REQUESTED

12. Bankruptcy Rule 1015(b) authorizes this Court to order the joint administration of the bankruptcy cases of a debtor and its "affiliates," as defined in § 101(2) of the Bankruptcy Code. The Debtors are "affiliates", as all are owned by the same party, under the definition of § 101(2) of the Bankruptcy Code, and accordingly, this Court has the authority to grant the relief requested herein pursuant to Bankruptcy Rule 1015(b).

13. The Debtors anticipate that, during the course of these cases, it will be necessary to file numerous motions and applications seeking relief on behalf of all of the Debtors. The Debtors respectfully submit that joint administration of their chapter 11 cases is in the best interests of their estates, creditors, and other parties-in-interest and will further the interests of judicial economy and administrative expediency by, among other things, obviating the need to file duplicate motions, to enter duplicate orders, and to forward unnecessary, duplicate notices to creditors and other parties-in-interest.

14. The entry of joint administration orders in multiple related cases such as these is common in this district.

15. Accordingly, based on the foregoing facts and authorities, the Debtors submit that the relief requested in this Motion should be granted.

## NOTICE

16. Notice of this Motion has been provided to the Office of the United States Trustee, any other party asserting a security interest in assets of the Debtors, and the Debtors' thirty (30)

largest unsecured creditors on a consolidated basis. In light of the nature of the relief requested, the Debtors submit that no further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the Debtors the relief requested herein and such other and further relief to the Debtors as may be just and proper.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678)498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Debtors**

# EXHIBIT A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TROP, INC | ) | CASE NO. 18-65726-jwc |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | CHAPTER 11 |
| In re: | ) | |
| | ) | |
| COUNTRY CLUB, INC. | ) | CASE NO. 18-66879-jwc |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | CHAPTER 11 |
| In re: | ) | |
| | ) | |
| FLY LOW, INC | ) | CASE NO. 18-66925-jwc |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

[Proposed] **ORDER DIRECTING JOINT ADMINISTRATION
OF RELATED CHAPTER 11 CASES**

Upon consideration of the motion (Doc. No. \_\_\_\_) (the "**Motion**")[1] of the Debtors[2] for an order directing joint administration of their chapter 11 cases; and jurisdiction existing for the Court to consider the Motion; and the Court having found that good and sufficient cause exists for granting the Motion; and upon consideration of the First Day Declaration, and the files and records in these cases; and upon the arguments and statements in support of the Motion presented at the hearing before the Court; and it appearing that joint administration of these cases will be in the best interests of the Debtors' estates, creditors, and other parties-in-interest and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion was adequate and proper under the circumstances of these cases and that no further notice of the Motion need be given; it is hereby ORDERED as follows:

**FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE: | ) | CHAPTER 11 |
|---|---|---|
|  | ) |  |
| TROP, INC., et al., | ) | **Jointly Administered Under** |
|  | ) | **CASE NO. 18-65726-jwc** |
| Debtors. | ) |  |
|  | ) |  |

1. The Motion is granted to the extent provided herein.

2. For the reasons set forth in the Motion, the above-captioned cases shall be jointly administered by this Court. The caption of the jointly administered chapter 11 cases shall be as follows:

3. A docket entry shall be made in each of the above-captioned cases substantially as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2] The Debtors in these cases along with the last four digits of their federal tax identification number are: Trop, Inc. (1424) Country Club, Inc. (3713) and Fly Low, Inc (3309)

>An order has been entered in this case directing joint administration of this case with the chapter 11 bankruptcy case of Trop, Inc., Case No. 18-65726-jwc. The docket in the chapter 11 case of Trop, Inc., should be consulted for all matters affecting this case. All further pleadings or other papers shall be filed in the case of Trop, Inc., Case No. 18-65726-jwc.

4. Unless further ordered by the Court, nothing contained in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned cases.

5. The Court waives the requirements set forth at section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that notices required to be sent by the Debtors contain the name, address and last four digits of the taxpayer identification number of each Debtor.

6. The Court authorizes the Debtors to utilize a combined service list for the jointly administered cases and authorize combined notices be sent to creditors of the Debtors' estates and other parties-in-interest, as applicable.

7. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

8. Counsel to the Debtors is directed to serve a copy of this Order on the Office of the United States Trustee, any other party asserting a security interest in assets of the Debtors, and the Debtors' thirty (30) largest unsecured creditors on a consolidated basis following the entry of this Order and to file a certificate of service with the Clerk of the Court.

**[END OF DOCUMENT]**

Prepared and presented by:

**McBRYAN, LLC**

Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com

## DISTRIBUTION LIST

McBRYAN, LLC
Louis G. McBryan,
6849 Peachtree Dunwoody Rd
Building B-3, Suite 100
Atlanta, GA 30328

Thomas W. Dworschak
Office of The United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TROP, INC | ) | CASE NO. 18-65726-jwc |
| | ) | |
| Debtor. | ) | |
| | ) | CHAPTER 11 |
| In re: | ) | |
| | ) | |
| COUNTRY CLUB, INC. | ) | CASE NO. 18-66879-jwc |
| | ) | |
| Debtor. | ) | |
| | ) | CHAPTER 11 |
| In re: | ) | |
| | ) | |
| FLY LOW, INC | ) | CASE NO. 18-66925-jwc |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing **Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases** by with the Clerk of Court using the CM/ECF system which will send electronic notification to all users who have consented to such service and by placing same in a properly addressed envelope with adequate postage affixed thereon by placing same in the U.S. Mail upon the Debtors' thirty (30) largest unsecured creditors on a consolidated basis listed on the attached "Exhibit A".

This 10th day of October 2018.

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
**Attorneys for Debtor**

| | | |
|---|---|---|
| Gerald Tobin<br>4551 Ponce de Leon Blvd<br>Miami, FL 33146-1832 | Janice Dennis<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | Jaszmann Espinoza<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 |
| Kiara Scott<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | Netonia Bell<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | Queen Lewis<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 |
| Ronika Jones<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | Schulten Ward & Turner<br>260 West Peachtree Street NW<br>#2700<br>Atlanta, GA 30303 | Brianna Wiggins<br>5430 Oakley Commons<br>Union City, GA 30291 |
| Seleta Stanton<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | Shanice Bain<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 | Steveontrae McDowell<br>c/o Harlan S. Miller, Esq.<br>6868 Leslie Lane<br>Macon, GA 31220 |
| Teri Galardi<br>2555 Chantilly Drive<br>Atlanta, GA 30324 | Thomas W. Dworschak<br>United States Trustee's Office<br>Richard B. Russell Federal Bldg Suite 362<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | Carlson Lynch Sweet Kilpela<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222 |
| Janay Lundie<br>6023 West Fayetteville Road<br>Atlanta, GA 30349 | Fulton County Tax Commissioner<br>141 Pryor Street, SW<br>Atlanta, GA 30303 | Kanisha Cotton<br>185 Riverstone Commons Circle<br>Canton, GA 30114 |
| Latisha Blake<br>3639 Salem Hills Drive<br>Lithonia, GA 30038 | Latoya Becton<br>5338 Shirewick Lane<br>Lithonia, GA 30058 | Lauren Houston<br>c/o Carlson Lynch Sweet<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222 |
| Shana McAllister<br>c/o Carlson Lynch Sweet<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222 | Ainsworth Dudley<br>4200 Northside Parkway<br>1-200<br>Atlanta GA 30327 | Ally Financial<br>PO Box 380901<br>Minneapolis MN 55438 |
| Amanda Brown<br>443 Wimberly Way<br>Powder Springs GA 30127 | Business First Bank<br>Attn: Mark Manda<br>500 Laurel Street<br>Baton Rouge, LA 70801 | DeKalb County Tax Commissioner<br>PO Box 100004<br>Decatur, GA 30031 |
| Eagle Lakes<br>2555 Chantilly Drive<br>Atlanta, GA 30324 | LVA<br>2555 Chantilly Drive<br>Atlanta, GA 30324 | Michael L. Chapman, PC<br>4200 Northside Parkway<br>Building 1, Suite 200<br>Atlanta GA 30327 |

**EXHIBIT A**

Parks, Chesin & Walbert PC
74 14th Street
26th Floor
Atlanta GA 30309

Tarpon Financial Corp
c/o The Day Law Firm, LLC
1790 Atkinson Road, Suite F
Lawrenceville GA 30043

Teresa Gikas-Fears
PO Box 2245
Tucker GA 30085

Leslie Pineyro
Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Tiffany Leigh Miller
3166 Evelyn Street
Tucker GA 30084